# IN THE UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

| | |
|---|---|
| In the Matter of: | } |
| | } Case No. 09-30233 |
| Keesha M. McCloud | } |
| | } Chapter 13 |
| | } |
| Debtor(s) | } |

## Motion to Approve Loan Modification

Comes now the undersigned attorney of record and hereby moves this Honorable Court to approve the attached loan modification and as grounds for such state as follows:

1. The debtor filed Chapter 13 on January 30, 2009. The debtor listed WELLS FARGO HOME MORTGAGE as a residential mortgage which would be paid direct.

2. The debtor has requested a loan modification from the mortgage company and the mortgage company has proposed the following loan modification terms in response:

   Old Payment   $573.25          New payment $574.09
   Old Interest   7.75%            New interest   4.875%
   Additional terms

The loan modification includes the arrears that are included in the bankruptcy plan and the arrearage claim will be withdrawn once the loan modification is approved.

Wherefore, premises considered, the debtor requests this court to allow the debtors to proceed with loan modification with the mortgage company according to the terms proposed.

Respectfully submitted,

/s/ Vonda S. McLeod ASB-5507-D65-V
*Attorney for Debtor*:
Vonda S. McLeod ASB-5507-D65-V
Shinbaum, McLeod & Campbell, P.C.
566 South Perry Street
Post Office Box 201
Montgomery, AL 36101-0201
334-269-4440

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing motion on all parties listed below by CM/ECF on this day July 23, 2010.

Chapter 13 Trustee
Bankruptcy Administrator, Teresa Jacobs

WELLS FARGO MORTGAGE
3476 Stateview Blvd.
Fort Mill, SC 29715